State of Missouri

# Department of Commerce and Insurance

**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

LINCOLN NATIONAL LIFE INSURANCE COMPANY, THE
CSC-LAWYERS INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

**RE:** Court: United States Bankruptcy Western District, Case Number: 4:24-CV-00438-BP

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Commerce and Insurance of the state of Missouri, Dated at Jefferson City, Missouri this Tuesday, July 2, 2024.

Chlora Lindley-Myers

Director of Commerce and Insurance

AFFIDAVIT

State of Missouri,

ss.

County of Cole,

The undersigned Director of the Department of Commerce and Insurance or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on July 8, 2024
by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Commerce and Insurance

By: Jori Harding

Subscribed and sworn to before me this 8 day of July, 2024

Kim Landers

Notary Public

My commission expires:

KIM LANDERS
MY COMMISSION EXPIRES 5-18-2028
NOTARY SEAL
#12558402
CALLAWAY COUNTY
NOTARY PUBLIC, STATE OF MISSOURI

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINCOLN NATIONAL LIFE
INSURANCE COMPANY, THE
CSC-LAWYERS
INCORPORATING SERVICE CO.
221 BOLIVAR STREET
JEFFERSON CITY, MO 65101

9590 9402 8586 3244 7871 70

2. Article Number (Transfer from service label)

7022 2410 0000 2764 6975

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X S Lewis

☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

7-9-24

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Mail
Mail Restricted Delivery
0)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt