MISSOURI DEPARTMENT OF COMMERCE AND INSURANCE
P O BOX 690
JEFFERSON CITY MO 65102-0690

MO 375-0613 (9-20)

PRESORTED
FIRST CLASS

US POSTAGE IMI PITNEY BOWES
ZIP 65109 $ 000.54⁰
02 4W
0000380615 JUL. 17. 2024

RECEIVED
2024 JUL 19 PM 12:56
CLERK U.S. DIST. COURT
WEST DIST OF MO
KANSAS CITY, MO

United States Bankruptcy
Western District
400 E. 9th St. Room 1510
Kansas City, MO 64106

SCREENED BY
U.S. MARSHALS

FB1JSSF 64106