IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER BENEDICT,<br><br>Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 4:24-cv-00438-BP |

**ANSWER TO COUNTERCLAIM**

COMES NOW Plaintiff Jennifer Benedict, by and through counsel, pursuant to Fed. R. Civ. P. 12(a)(1)(C) and for her Answer to Defendant The Lincoln National Life Insurance Company's ("Lincoln") Counterclaim, states as follows:

1. Plaintiff denies each and every allegation of fact and conclusion of law set forth in Lincoln's Counterclaim.

2. Lincoln's Counterclaim fails to state a claim upon which relief may be granted.

3. Lincoln's Counterclaim is pre-empted by the Employee Retirement Income Security Act.

4. Lincoln is barred from obtaining any equitable relief it seeks under the doctrines of laches, equitable estoppel, unclean hands, hardship, and unconscionability.

WHEREFORE, Plaintiff prays that Lincoln take nothing by way of its Counterclaim and that she be awarded reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 1132 in addition to such other and further relief as the Court deems just and proper.

Respectfully submitted,

**BURNETTDRISKILL, Attorneys**

*/s/ Derrick A. Pearce*

Derrick A. Pearce MO #42793
Kyle H. Sciolaro MO #64568
103 W. 26th Ave., Ste. 290
North Kansas City, MO 64116
(816) 781-4836 / (816) 792-3634 (fax)
dpearce@burnettdriskill.com
ksciolaro@burnettdriskill.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2024, a copy of the above and foregoing was filed through the CM/ECF system, which automatically provided notice of and access to the filing to all counsel who have appeared in this action.

*/s/ Derrick A. Pearce*
Derrick A. Pearce