**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| JENIFER BENEDICT,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | ) | Case No. 24-00438-CV-W-BP |

# CLERK'S ORDER OF DISMISSAL

On the 19th day of September 2024, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's claims and Defendant's counterclaims are hereby **DISMISSED** with prejudice. Each party to bear their own costs and fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: September 19, 2024